UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:00CV2329 (EBB) |
| $29,165.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | May 19, 2004 |
| [CLAIMANT: HYDAR HUSMAN] | : | |

STIPULATION FOR COMPROMISE SETTLEMENT
AND ORDER

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-captioned defendant property, the PLAINTIFF and the CLAIMANT, HYDAR HUSMAN ("CLAIMANT"), and his agents, subrogees, successors, and assigns, by and through their respective counsel, hereby stipulate and agree to the compromise settlement of the above-styled seizure upon the terms and conditions set forth below:

1.     CLAIMANT, HYDAR HUSMAN, hereby warrants that he is the sole owner of the Defendant, $29,165.00 in United States Currency, and that he claims exclusive right, title and interest to said currency.

2.     That the CLAIMANT, HYDAR HUSMAN, agrees to the forfeiture of the amount of TWENTY THOUSAND ONE HUNDRED SIXTY-FIVE AND 00/100 DOLLARS

($20,165.00), to be disposed of according to law.  CLAIMANT agrees to the forfeiture pursuant to 21 U.S.C. § 881(a)(6).

    3.    That the UNITED STATES agrees to return to the CLAIMANT, HYDAR HUSMAN's minor son, NASIEF D. HUSMAN (SSN ), the amount of THREE THOUSAND THREE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS ($3,375.00), which funds are to be held in Trust for NASIEF D. HUSMAN, and that Nasief Husman, CLAIMANT'S brother, be designated as Custodian for NASIEF D. HUSMAN.

    4.    That the UNITED STATES agrees to return to the CLAIMANT, HYDAR HUSMAN's minor daughter, NAZEERA U. HUSMAN (SSN , the amount of THREE THOUSAND THREE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS ($3,375.00), which funds are to be held in Trust for NAZEERA U. HUSMAN, and that Nasief Husman, CLAIMANT'S brother, be designated as Custodian for NASIEF D. HUSMAN.

    5.    That the UNITED STATES agrees to return to the CLAIMANT, HYDAR HUSMAN, the amount of TWO THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00).

    6.    CLAIMANT, HYDAR HUSMAN, further consents to any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

    7.    CLAIMANT, HYDAR HUSMAN, further agrees that neither he nor any current or future agents, representatives, subrogees, assigns or successors, shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of TWENTY THOUSAND ONE HUNDRED SIXTY-FIVE AND 00/100 DOLLARS ($20,165.00) to the UNITED STATES as provided in Paragraph Two above.

8. CLAIMANT, HYDAR HUSMAN, and his agents, representatives, subrogees, assigns and successors, hereby release and forever discharge the UNITED STATES, the United States Department of Justice, the Drug Enforcement Administration, the United States Attorney's Office, the North Central Municipal Narcotics Task Force, the Bloomfield Police Department, and any other law enforcement agency involved in the investigation which led to the seizure of the Defendant, $29,165.00 in United States Currency, and their officers, agents, servants, and employees, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims and/or demands whatsoever in law or equity which HYDAR HUSMAN, his agents, representatives, subrogees, assigns and successors, ever had, now have, or may have in the future in connection with the seizure, detention, forfeiture and release of any and all of the Defendant, $29,165.00 in United States Currency, including claims for interest and attorney's fees.

9. CLAIMANT, HYDAR HUSMAN, and his agents, representatives, subrogees, assigns and successors, further agree to hold and save the UNITED STATES, and the United States Department of Justice, the Drug Enforcement Administration, the United States Attorney's Office, the North Central Municipal Narcotics Task Force, the Bloomfield Police Department, and any other law enforcement agency involved in the investigation which led to the seizure of the Defendant, $29,165.00 in United States Currency, and their officers, agents, servants, and employees, harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, forfeiture and release of the said money orders.

10. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, HYDAR HUSMAN, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

11. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____                              _____
DATE                                                JULIE G. TURBERT
                                                    ASSISTANT U.S. ATTORNEY
                                                    P.O. BOX 1824
                                                    NEW HAVEN, CT 06508
                                                    (203) 821-3700
                                                    FEDERAL BAR #ct23398

                                                    COUNSEL FOR PLAINTIFF,
                                                    UNITED STATES OF AMERICA

_____                    _____
DATE                                    BRIAN J. WOOLF, ESQ
                                        LAW OFFICES OF BRIAN J. WOOLF
                                        50 FOUNDERS PLAZA - 2ND FLOOR
                                        EAST HARTFORD, CT 06108-3209
                                        (860) 290-8690
                                        FEDERAL BAR # ct10227

                                        COUNSEL FOR THE CLAIMANT
                                        HYDAR HUSMAN


_____                    _____
DATE                                    HYDAR HUSMAN
                                        CLAIMANT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> $29,165.00 IN UNITED STATES : <br> CURRENCY, : <br> : <br> Defendant. : <br> : <br> [CLAIMANT: HYDAR HUSMAN] : | Civil No. 3:00CV2329 (EBB) |

ORDER

Based on the foregoing Stipulation for Compromise Settlement, it is hereby ORDERED AND ADJUDGED:

1. that the United States Marshals Service shall return to the CLAIMANT, HYDAR HUSMAN's minor son, NASIEF D. HUSMAN, the amount of THREE THOUSAND THREE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS ($3,375.00), forthwith by check made payable Nasief Husman, Custodian for NASIEF D. HUSMAN (SSN and mailed in care of CLAIMANT'S attorney, The Law Offices of Brian J. Woolf, LLC, 50 Founders Plaza, Second Floor, East Hartford, Connecticut 06108;

2. that the United States Marshals Service shall return to the CLAIMANT, HYDAR HUSMAN's minor daughter, NAZEERA U. HUSMAN, the amount of THREE THOUSAND THREE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS ($3,375.00), forthwith by check made payable Nasief Husman, Custodian for NAZEERA HUSMAN (SSN and

mailed in care of CLAIMANT'S attorney, The Law Offices of Brian J. Woolf, LLC, 50 Founders Plaza, Second Floor, East Hartford, Connecticut 06108;

      3.      that the United States Marshals Service shall return to the CLAIMANT, HYDAR HUSMAN, the amount of TWO THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00), forthwith by check made payable The Law Offices of Brian J. Woolf, LLC, Trustee for Hydar Husman, 50 Founders Plaza, Second Floor, East Hartford, Connecticut 06108; and

      4.      that the remaining balance in the amount of TWENTY THOUSAND ONE HUNDRED SIXTY-FIVE AND 00/100 DOLLARS ($20,165.00), shall remain on deposit with the United States Marshals Service, to be forfeited according to the terms of a Decree of Forfeiture to be filed hereafter.

      SO ORDERED this ___ day of _____, 2004, at New Haven, Connecticut.

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise Settlement and Order have been mailed, postage prepaid, on this 19th day of May, 2004, to:

Brian J. Woolf, Esq.
The Law Offices of Brian J. Woolf, LLC
50 Founders Plaza - 2nd Floor
East Hartford, Connecticut 06108

                                            JULIE G. TURBERT
                                            ASSISTANT U.S. ATTORNEY
                                            P.O. BOX 1824
                                            NEW HAVEN, CT 06508
                                            (203) 821-3700
                                            FEDERAL BAR #ct23398