UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 MAY 25  P 2: 55

U.S. DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:00CV2329 (EBB) |
| $29,165.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | |
| [CLAIMANT: HYDAR HUSMAN] | : | |

## ORDER

Based on the foregoing Stipulation for Compromise Settlement, it is hereby ORDERED
AND ADJUDGED:

1.      that the United States Marshals Service shall return to the CLAIMANT, HYDAR

HUSMAN's minor son, NASIEF D. HUSMAN, the amount of THREE THOUSAND THREE

HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS ($3,375.00), forthwith by check made

payable Nasief Husman, Custodian for NASIEF D. HUSMAN (SSN 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), and mailed

in care of CLAIMANT'S attorney, The Law Offices of Brian J. Woolf, LLC, 50 Founders Plaza,

Second Floor, East Hartford, Connecticut 06108;

2.      that the United States Marshals Service shall return to the CLAIMANT, HYDAR

HUSMAN's minor daughter, NAZEERA U. HUSMAN, the amount of THREE THOUSAND

THREE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS ($3,375.00), forthwith by check

made payable Nasief Husman, Custodian for NAZEERA HUSMAN (SSN 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), and

mailed in care of CLAIMANT'S attorney, The Law Offices of Brian J. Woolf, LLC, 50 Founders

Plaza, Second Floor, East Hartford, Connecticut 06108;

3.      that the United States Marshals Service shall return to the CLAIMANT, HYDAR

HUSMAN, the amount of TWO THOUSAND TWO HUNDRED FIFTY AND 00/100

DOLLARS ($2,250.00), forthwith by check made payable The Law Offices of Brian J. Woolf,

LLC, Trustee for Hydar Husman, 50 Founders Plaza, Second Floor, East Hartford, Connecticut

06108; and

4.      that the remaining balance in the amount of TWENTY THOUSAND ONE

HUNDRED SIXTY-FIVE AND 00/100 DOLLARS ($20,165.00), shall remain on deposit with

the United States Marshals Service, to be forfeited according to the terms of a Decree of

Forfeiture to be filed hereafter.

SO ORDERED this 25th day of _____, 2004, at New Haven, Connecticut.


_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE



FILED
Mar 25  1 03 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise

Settlement and Order have been mailed, postage prepaid, on this 19th day of May, 2004, to:

    Brian J. Woolf, Esq.
    The Law Offices of Brian J. Woolf, LLC
    50 Founders Plaza - 2nd Floor
    East Hartford, Connecticut 06108

 

                    JULIE G. TURBERT
                    ASSISTANT U.S. ATTORNEY
                    P.O. BOX 1824
                    NEW HAVEN, CT 06508
                    (203) 821-3700
                    FEDERAL BAR #ct23398