UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2329 (EBB) |
| | : | |
| $29,165.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| | : | |
| Defendant. | : | June 10, 2004 |
| | : | |
| [CLAIMANT: HYDAR HUSMAN] | : | |

AMENDED
STIPULATION FOR COMPROMISE SETTLEMENT
AND AMENDED ORDER

In full and final satisfaction of any and all claims, demands, and liens from which

PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees,

successors, and assigns, now have against the above-captioned defendant property, the

PLAINTIFF and the CLAIMANT, HYDAR HUSMAN ("CLAIMANT"), and his agents,

subrogees, successors, and assigns, by and through their respective counsel, hereby stipulate and

agree to the compromise settlement of the above-styled seizure upon the terms and conditions set

forth below:

1.    CLAIMANT, HYDAR HUSMAN, hereby warrants that he is the sole owner of

the Defendant, $29,165.00 in United States Currency, and that he claims exclusive right, title and

interest to said currency.

2.    That the CLAIMANT, HYDAR HUSMAN, agrees to the forfeiture of the amount

of TWENTY THOUSAND ONE HUNDRED SIXTY-FIVE AND 00/100 DOLLARS

($20,165.00), to be disposed of according to law. CLAIMANT agrees to the forfeiture pursuant to 21 U.S.C. § 881(a)(6).

3.    That the UNITED STATES agrees to return to the CLAIMANT, HYDAR HUSMAN's minor son, NASIEF D. HUSMAN (SSN 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), the amount of TWO THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00), which funds are to be held in Trust for NASIEF D. HUSMAN, and that Nasief Husman, CLAIMANT'S brother, be designated as Custodian for NASIEF D. HUSMAN.

4.    That the UNITED STATES agrees to return to the CLAIMANT, HYDAR HUSMAN's minor daughter, NAZEERA U. HUSMAN (SSN 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), the amount of TWO  THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00), which funds are to be held in Trust for NAZEERA U. HUSMAN, and that Nasief Husman, CLAIMANT'S brother, be designated as Custodian for NAZEERA U. HUSMAN.

5.    That the UNITED STATES agrees to return to the CLAIMANT, HYDAR HUSMAN's minor daughter, JAHMILA I. HUSMAN (DOB 03/11/2002), the amount of  TWO THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00), which funds are to be held in Trust for JAHMILA I. HUSMAN, and that Nasief Husman, CLAIMANT'S brother, be designated as Custodian for JAHMILA I. HUSMAN.

6.    That the UNITED STATES agrees to return to the CLAIMANT, HYDAR HUSMAN, the amount of TWO THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00).

7.    CLAIMANT, HYDAR HUSMAN, further consents to any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Amended Stipulation.

8.    CLAIMANT, HYDAR HUSMAN, further agrees that neither he nor any current or future agents, representatives, subrogees, assigns or successors, shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of TWENTY THOUSAND ONE HUNDRED SIXTY-FIVE AND 00/100 DOLLARS ($20,165.00) to the UNITED STATES as provided in Paragraph Two above.

9.    CLAIMANT, HYDAR HUSMAN, and his agents, representatives, subrogees, assigns and successors, hereby release and forever discharge the UNITED STATES, the United States Department of Justice, the Drug Enforcement Administration, the United States Attorney's Office, the North Central Municipal Narcotics Task Force, the Bloomfield Police Department, and any other law enforcement agency involved in the investigation which led to the seizure of the Defendant, $29,165.00 in United States Currency, and their officers, agents, servants, and employees, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims and/or demands whatsoever in law or equity which HYDAR HUSMAN, his agents, representatives, subrogees, assigns and successors, ever had, now have, or may have in the future in connection with the seizure, detention, forfeiture and release of any and all of the Defendant, $29,165.00 in United States Currency, including claims for interest and attorney's fees.

10.    CLAIMANT, HYDAR HUSMAN, and his agents, representatives, subrogees, assigns and successors, further agree to hold and save the UNITED STATES, and the United States Department of Justice, the Drug Enforcement Administration, the United States Attorney's Office, the North Central Municipal Narcotics Task Force, the Bloomfield Police Department, and any other law enforcement agency involved in the investigation which led to the seizure of

the Defendant, $29,165.00 in United States Currency, and their officers, agents, servants, and employees, harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, forfeiture and release of the said money orders.

11.    This Amended Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, HYDAR HUSMAN, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

12.    The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

6/10/04
DATE

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR #ct23398

COUNSEL FOR PLAINTIFF,
UNITED STATES OF AMERICA

DATE 6/7/04

BRIAN J. WOOLF, ESQ
LAW OFFICES OF BRIAN J. WOOLF
50 FOUNDERS PLAZA - 2ND FLOOR
EAST HARTFORD, CT 06108-3209
(860) 290-8690
FEDERAL BAR # ct10227

COUNSEL FOR THE CLAIMANT
HYDAR HUSMAN

6·1·04
DATE

HYDAR HUSMAN
CLAIMANT