UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
JUN 18   9 51 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:00CV2329 (EBB) |
| $29,165.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: HYDAR HUSMAN] | : |

AMENDED ORDER

Based on the foregoing Amended Stipulation for Compromise Settlement, it is hereby ORDERED AND ADJUDGED:

1. that the United States Marshals Service shall return to the CLAIMANT, HYDAR HUSMAN's minor son, NASIEF D. HUSMAN, the amount of TWO THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00), forthwith by check made payable Nasief Husman, Custodian for NASIEF D. HUSMAN (SSN 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), and mailed in care of CLAIMANT'S attorney, The Law Offices of Brian J. Woolf, LLC, 50 Founders Plaza, Second Floor, East Hartford, Connecticut 06108;

2. that the United States Marshals Service shall return to the CLAIMANT, HYDAR HUSMAN's minor daughter, NAZEERA U. HUSMAN, the amount of TWO THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00), forthwith by check made payable Nasief Husman, Custodian for NAZEERA HUSMAN (SSN 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), and mailed

in care of CLAIMANT'S attorney, The Law Offices of Brian J. Woolf, LLC, 50 Founders Plaza, Second Floor, East Hartford, Connecticut 06108;

3. that the United States Marshals Service shall return to the CLAIMANT, HYDAR HUSMAN's minor daughter, JAHMILA I. HUSMAN, the amount of TWO THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00), forthwith by check made payable Nasief Husman, Custodian for JAHMILA I. HUSMAN (DOB 03/11/2002), and mailed in care of CLAIMANT'S attorney, The Law Offices of Brian J. Woolf, LLC, 50 Founders Plaza, Second Floor, East Hartford, Connecticut 06108;

4. that the United States Marshals Service shall return to the CLAIMANT, HYDAR HUSMAN, the amount of TWO THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS ($2,250.00), forthwith by check made payable The Law Offices of Brian J. Woolf, LLC, Trustee for Hydar Husman, 50 Founders Plaza, Second Floor, East Hartford, Connecticut 06108; and

5. that the remaining balance in the amount of TWENTY THOUSAND ONE HUNDRED SIXTY-FIVE AND 00/100 DOLLARS ($20,165.00), shall remain on deposit with the United States Marshals Service, to be forfeited according to the terms of a Decree of Forfeiture to be filed hereafter.

SO ORDERED this 17 day of _____June_____, 2004, at New Haven, Connecticut.

ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE