UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2329 (EBB) |
| | : | |
| $29,165.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | July 7, 2004 |
| | : | |
| [CLAIMANT: HYDER HUSMAN] | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, Warrant of Arrest In Rem, and Stipulation for Compromise Settlement. A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing proposed Motion for Decree of Forfeiture has been mailed, postage prepaid, on this 7th day of July, 2004, to:

Brian J. Woolf, Esq.
The Law Offices of Brian J. Woolf, LLC
50 Founders Plaza
East Hartford, CT 06108

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY