UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:00CV2329 (EBB) |
| $29,165.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: HYDER HUSMAN] | : |

FILED
JUL 14  3:59 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## DECREE OF FORFEITURE

On December 6, 2000, a Verified Complaint of Forfeiture against the Defendant, $29,165.00 in United States Currency ("Defendant Currency"), was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant Currency was used or intended to be used in exchange for controlled substances or represent proceeds of trafficking in controlled substances in violation of 21 U.S.C. §§ 801 et seq, and is, therefore, subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant of Arrest In Rem issued by this Court on December 8, 2000, the United States Marshal Service for the District of Connecticut seized said property on December 20, 2000;

That on December 19, 2000, December 26, 2000, and January 2, 2001, notice of this action was published in the Hartford Courant newspaper;

That on May 21, 2003, Brian J. Woolf, attorney for the Claimant, Hyder Husman, waived personal service of the Verified Complaint of Forfeiture, and Warrant of Arrest in Rem;

That on May 25, 2004, the Court approved a Stipulation for Compromise Settlement entered into by the parties, and on June 18, 2004, approved an Amended Stipulation for Compromise Settlement in which the parties agreed to the return of $2,250.00 of the seized currency to the Claimant's minor son, Nasief D. Husman, $2,250.00 of the seized currency to the Claimant's minor daughter, Nazeera U. Husman, and $2,250.00 of the seized currency to the Claimant's minor daughter, Jahmila D. Husman, which funds are to be held in Trust for the Claimant's minor children, and that Claimant's brother, Nasief Husman, be designated as Custodian, and that $2,250.00 of the seized currency be returned to the Claimant, Hyder Husman, in exchange for the forfeiture of the remaining $20,165.00 to the United States of America.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest the Defendant Currency under seizure in this action be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that $20,165.00 of the Defendant $29,265.00 in United States currency, be forfeited to the United States of America and disposed of according to law.

Dated at New Haven, Connecticut, this 13th day of July, 2004

HONORABLE ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing proposed Decree of Forfeiture has been mailed, postage prepaid, on this 7th day of July, 2004, to:

Brian J. Woolf, Esq.
The Law Offices of Brian J. Woolf, LLC
50 Founders Plaza
East Hartford, CT 06108

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY