UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2329 (EBB) |
| | : | |
| $29,165.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |
| [CLAIMANT: HYDAR HUSMAN] | : | |

<u>DECLARATION</u>

_____1.    I am an Assistant United States Attorney for the District of Connecticut, and the

Attorney for the plaintiff, United States of America, in this case.

2.    I have read the contents of the foregoing Request for Disbursement of Cost Bond

and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of July, 2004.


_____

_____JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY