UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:00CV2329 (EBB) |
| $29,165.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | July 21, 2004 |
| [CLAIMANT: HYDAR HUSMAN] | : | |

### REQUEST FOR DISBURSEMENT OF COST BOND

The plaintiff, United States of America, hereby requests the disbursement of $2,323.04 of the $2,916.50 cost bond filed by the Claimant Hydar Husman in connection with this case as required by 19 U.S.C. § 1608 and 21 C.F.R. § 1316.76.

A decree of Forfeiture was entered in favor of the plaintiff, United States of America, on July 14, 2004.

Since the filing of this action on December 6, 2000, the following cost, which are recoverable pursuant to 21 C.F.R. § 1316.76, have been incurred:

| | |
|---|---|
| **Advertising of Notice of Forfeiture** | **$593.46** |
| **TOTAL:** | **$593.46** |

Since the cost attributable to the forfeiture of the defendant is less than the $2,916.50 cost bond, $593.46 should be transferred to the Asset Forfeiture Fund, and a check made payable to The Law Offices of Brian J. Woolf, Esq., in Trust for Hydar Husman, in the amount of $2,323.04 should know be issued.